# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

133587(57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAKE STATES INSURANCE COMPANY, n/k/a
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
       Plaintiff-Appellant,

v

MASON INSURANCE AGENCY, INC., and
PETER HANOVER,
       Defendants-Appellees.

SC: 133587
COA: 271666
Oakland CC: 2005-070131-CK

_____/

On order of the Court, the motion for reconsideration of this Court's July 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

d1217